**FILED**

12/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0558

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 21-0558

TYREE KILO SELAGE,

Petitioner,

v.

TOM GREEN, Warden, Dawson County Correctional Facility and the
STATE OF MONTANA,

Respondents.

## GRANT OF EXTENSION

Upon consideration of Respondent's motion for a 15-day extension of time,
and good cause appearing therefor, Respondents are granted an extension of time
to and including December 27, 2021, within which to prepare, serve, and file its
response.

**BG**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 8 2021